# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

December 13, 2019

VIA ECF
Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2-6-20

Re: **United States v. Tamika Jackson**
18 Cr. 909 (ALC)

Dear Judge Carter,

Ms. Jackson was sentenced on November 19, 2019 and we now seek the return of her passport. Pretrial Services only releases passports pursuant to a Court Order. Therefore, we ask that Your Honor endorse this letter, directing Pretrial to return Ms. Jackson's passport.

The Government by Assistant United States Attorney Sarah Mortazavi has no objection to this request.

Respectfully submitted,
/s/
Sylvie Levine
Assistant Federal Defender
(212) 417-8729

SO ORDERED:

_____
**HONORABLE ANDREW L. CARTER**  2-6-20
United States District Judge

cc: A.U.S.A. Sarah Mortazavi